# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| SCOTTY E. BROCK,<br>**Plaintiff** | )<br>)<br>) |
| vs. | )    Civil Action No. 4:18-cv-00515 BRW-JTK<br>) |
| ANDREW SAUL, Commissioner,<br>Social Security Administration,<br>**Defendant** | )<br>)<br>)<br>) |

## ORDER

Defendant's Unopposed Motion To Remand (Doc. No. 17) to the Commissioner for further administrative proceedings is GRANTED. Accordingly, the Clerk of the Court is directed to immediately remand this case to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§405(g).

IT IS SO ORDERED this 5th day of December, 2019.


                                                   Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE