# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **SCOTTY E. BROCK,**<br>**Plaintiff** | )<br>)<br>) |
| vs. | )    **Civil Action No. 4:18-cv-00515 BRW-JTK**<br>) |
| **ANDREW SAUL, Commissioner,**<br>**Social Security Administration,**<br>**Defendant** | )<br>)<br>) |

## **JUDGMENT**

Based on the order entered today, this case is reversed and remanded to the Commissioner for further administrative action pursuant to sentence four of §205(g) of the Social Security Act, 42 U.S.C. §405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 5th day of December, 2019.

                                               Billy Roy Wilson_____
                                               UNITED STATES DISTRICT JUDGE